AUSA

**FILED**
JUN 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8517

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Martin PEREZ-Ponce | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 7, 2008, within the Southern District of California, defendant Martin PEREZ-Ponce did knowingly and intentionally import approximately 43.92 kilograms (96.62 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH, DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Martin PEREZ-Ponce

## STATEMENT OF FACTS

This complaint is based on the reports, documents, notes furnished to, and interviews conducted by U.S. Immigration and Customs Enforcement Special Agent Daryl Christensen.

On June 7, 2008, at approximately 1800 hours, Martin PEREZ-Ponce entered into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. PEREZ-Ponce was the driver and sole occupant of a 1994 Jeep Cherokee bearing Baja California, Mexico license AHV9610.

At primary inspection, PEREZ-Ponce gave a negative Customs declaration and presented a valid Border Crossing Cards to Customs and Border Protection Officer (CBPO) Payton. At primary inspection, PEREZ-Ponce stated that he was not the registered owner of the vehicle.

As the vehicle was being moved to secondary inspection, CBPO McGee utilized his Narcotic Detector Dog, which resulted in an alert to the passenger side rear tire.

At secondary inspection, CBPO Becerra again received a negative Customs Declaration from PEREZ-Ponce. PEREZ-Ponce claimed that he had borrowed the vehicle from his brother-in-law one hour prior and was going to the WalMart to buy diapers for his child.

One of the tires was removed from the vehicle and X-rayed, revealing five objects inside the tire. The tire was opened and five packages were recovered. One of the packages was probed,

1 | producing a green leafy substance, which field-tested positive
2 | for marijuana. The other three tires were removed from the
3 | vehicle and each contained five packages, resulting in a total of
4 | twenty (20) packages. The twenty packages of marijuana had a
5 | total weight of 43.92 kilograms (96.62 pounds).
6 |     PEREZ-Ponce was advised of his rights per Miranda, which he
7 | acknowledged and waived. PEREZ-Ponce admitted knowledge that the
8 | vehicle contained five kilograms of marijuana. PEREZ-Ponce
9 | stated that he was to be paid $200 for crossing the vehicle.